UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Susan Pierson Sonderby
Hearing Date: 9-15-09
Bankruptcy Case No.: 07 B 02188
Adversary No.:
Title of Case: In Re Taxi USA, Inc.

Brief Statement of Motion: Oral Motion to set Final Date for Submission of Post-Trial Briefs on the Objection to the Claim of Wooley Cab Association

Names and Addresses of moving counsel: Ariel Weissberg, 401 S. LaSalle, S. 403, Chicago, IL 60605

Representing: Debtor

## ORDER

The Final Joint deadline for the submission of trial briefs on this claim is 9-28-09.

/s/ [signature]

6/11/99